Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERRI GREER, | ) |
| Plaintiff, | ) |
| Vs | ) CASE NO. 02-CV-11898-MLW |
| TRUSTEES OF BOSTON UNIVERSITY, ET AL., | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice and without costs to any party and waiving all attorney's fees and rights of appeal.

Respectfully submitted,
SHERRI GREER

/s/ Thomas P. Murphy
Thomas P. Murphy (B.B.O. #630527)
Richard M. Glassman (B.B.O. #544381)
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455
tmurphy@dlc-ma.org

                    TRUSTEES OF BOSTON UNIVERSITY, et al.,

                    By their attorney,

                    /s/ Erika Geetter
                    Erika Geetter (BBO #635083)
                    Boston University
                    Office of the General Counsel
                    125 Bay State Road
                    Boston, Massachusetts 02215
                    phone: (617) 353-2326
Date: 6/11/07        fax: (617) 353-5529
                    egeetter@bu.edu

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Trustees of Boston University, et al.**
Erika Geetter, Esq.
Office of the General Counsel
125 Bay State Road
Boston, MA 02215

Dated: June 11, 2007

/s/ Thomas P. Murphy
Thomas P. Murphy